**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
Kristie M. Kawakami Wong, Esq. (Bar No. 08030)
3705 Waialae Avenue, Suite 208
Honolulu, Hawaii 96816
Telephone: (808) 735-5933
Facsimile:  (808) 735-6997
kkawakami@prindlelaw.com

Attorneys for Defendant, ROSS DRESS FOR LESS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIITIA CRICHTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC. and JOHN DOES 1-10,<br><br>    Defendants. | CIVIL NO. 1:17-CV-00552 DKW KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br>Trial Date: June 3, 2019 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between all of the parties who have appeared herein, by their respective counsel, that this action is hereby dismissed with prejudice as to all claims and all parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the settlement reached by the parties.

Each party is to bear its own costs and fees.

Trial is set to commence on June 3, 2019.

There are no other parties and/or issues which remain to be resolved or dealt with in this case.

DATED: AUG - 7 2018

ROSENBERG McKAY HOFFMAN

By: _____
RODGER I. HOFFMAN
JAMES C. GLENN
Attorneys for Plaintiff,
SIITIA CRICHTON

DATED: 8/31/18

PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

By: _____
KRISTIE M. KAWAKAMI WONG
Attorneys for Defendant,
ROSS DRESS FOR LESS, INC.

APPROVED AS TO FORM.
   DATED:  September 6, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

2